# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0223
_____

EDGAR NUNEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
David Oberliesen, Judge.

April 8, 2026


PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.140(b)(2)(A)(i) (providing that a defendant may not appeal after a guilty or nolo contendere plea except for an expressly reserved appeal of a "prior dispositive order of the lower tribunal, identifying with particularity the point of law being reserved"); *Carroll v. State*, 383 So. 3d 563, 567 (Fla. 1st DCA 2024) (reiterating that, after a guilty or no contest plea, a defendant may appeal only "if the issue is expressly reserved and dispositive"); *Williams v. State*, 134 So. 3d 975, 976 (Fla. 1st DCA 2012) ("An issue is dispositive only when it is clear that there will be no trial, regardless of the outcome of the appeal.").

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Glenn M. Swiatek of Criminal Defense Attorney, P.A., Crestview, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.